No. D–1619. IN RE DISBARMENT OF JASINSKI. Robert M. Jasinski, of Palm Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1620. IN RE DISBARMENT OF NELSON. Paul Angus Nelson, of Tampa, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–24. DOE v. PORITZ, ATTORNEY GENERAL OF NEW JERSEY; and
No. M–25. KISSI v. MATTHEWS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–6533. IN RE PAAR. Petition for writ of habeas corpus denied.

No. 95–564. IN RE KLECAN ET AL.;
No. 95–6413. IN RE THOMPSON; and
No. 95–6477. IN RE BECKWITH. Petitions for writs of mandamus denied.

No. 94–2037. POMRANZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9617. HANSEN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 95–87. MURPHY v. DIVERSIFIED PRODUCTS CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–205. DALTON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 95–265. CLEVELAND INDUSTRIAL SQUARE, INC. v. WHITE, MAYOR OF CLEVELAND, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–278. HAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.